UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **MARTIN RAY ADAMS,** | ) |
|     **Plaintiff,** | ) |
| **v.** | ) Case No. 5:24-cv-01393-RDP-HNJ |
| **ATTORNEY GENERAL STEVE MARSHALL, et al.,** | ) |
|     **Defendants.** | ) |

## ORDER

The Magistrate Judge entered a Report and Recommendation on April 3, 2025, recommending the court refer the following individual capacity monetary claims to the Magistrate Judge for further proceedings: Plaintiff Martin Ray Adams's ("Adams") Eighth Amendment excessive force claim against Officer Treadway and Officer Tighe; and a Fourteenth Amendment "class of one" equal protection claim against Officer Treadway. (Doc. 7). The Magistrate Judge further recommended the court dismiss without prejudice the remaining claims in this action pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted and for suing defendants immune from suit. (Doc. 7). Although the Magistrate Judge advised Adams of his right to file specific written objections within fourteen days, the court has not received any objections.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the recommendation. Consistent with that recommendation, it is **ORDERED** that Adams's Eighth Amendment excessive force individual capacity monetary claims against Officer Treadway and Officer Tighe as well as his Fourteenth Amendment individual capacity "class of one" equal protection claim

against Officer Treadway are referred to the Magistrate Judge for further proceedings. It is **FURTHER ORDERED** that Adams's remaining claims are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief can be granted and for suing defendants immune from suit.

The court **DIRECTS** the Clerk of Court to **TERMINATE** Steve Marshall, William Streeter, and Denise McKenzie as Defendants. The court **FURTHER DIRECTS** the Clerk of Court to add Correctional Officer D. Tighe as a Defendant.

**DONE** and **ORDERED** this April 30, 2025.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE