FILED
2026 Sep-28 AM 08:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| MARTIN RAY ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:24-cv-01393-MHH-HNJ |
| | ) | |
| JONATHAN TREADWAY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OPINION AND ORDER**

Plaintiff Martin Ray Adams filed a *pro se* complaint pursuant to 42 U.S.C. § 1983. In his complaint, Mr. Martin alleges violations of his constitutional rights while incarcerated at the Limestone Correctional Facility. (Doc. 1). On July 21, 2026, Magistrate Judge Johnson entered a report in which he recommended that the Court treat the defendants' special report as a motion for summary judgment and partially grant the motion. (Doc. 27). Specifically, Judge Johnson recommended that the Court grant Officer Johnathan Treadway's motion for summary judgment as to Mr. Adams's Fourteenth Amendment "class of one" equal protection claim against him and dismiss that claim with prejudice and deny Officer Treadway and Officer Daniel Tighe's motion for summary judgment with respect to Mr. Adams's Eighth Amendment excessive force claims. Judge Johnson advised the parties of

their right to file specific written objections within 14 days. The Court has not received objections.

Having reviewed the record in this case and Judge Johnson's report, the Court adopts the report and accepts Judge Johnson's recommendation. Consistent with that recommendation, the Court grants the defendants' motion for summary judgment as to Mr. Adams's Fourteenth Amendment "class of one" equal protection claim against Officer Treadway and denies the defendants' motion for summary judgment with respect to Mr. Adams's Eighth Amendment excessive force claim against Officer Treadway and Officer Tighe.

Accordingly, the Court dismisses with prejudice Mr. Adams's Fourteenth Amendment "class of one" equal protection claim against Officer Treadway. The Court refers Mr. Adams's Eighth Amendment excessive force claim against Officer Treadway and Officer Tighe is to Judge Johnson for further proceedings.

**DONE** and **ORDERED** this September 28, 2026.

**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE